```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-00932-RNO
Mary Ellen Richardson                                               Chapter 13
     Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-5         User: PRatchfor              Page 1 of 2         Date Rcvd: Mar 27, 2018
                             Form ID: pdf010              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db             +Mary Ellen Richardson,    1605 Roosevelt St.,    Dunmore, PA 18512-2226
5032057        +CFSI,    Real Estate Division,    245 N. Main St.,   Dickson City, PA 18519-1641
5032061       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:   Continental Finance,     P.O. Box 8099,    Newark, DE 19714-8099)
5032056        +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
5032058         Comenity Bank/Boscov's,    Bankruptcy Department,    P.O. Box 183043,   Columbus, OH 43218-3043
5032059         Comenity Bank/Fashion Bug,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
5032060         Comenity Bank/Roaman's,    Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
5032063        +Dunmore Borough Refuse,    400 S. Blakely St.,   Dunmore, PA 18512-2235
5032064       ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
                (address filed with court:   Fidelity Information Corp.,     P.O. Box 49938,
                 Los Angeles, CA 90049)
5032065         First Premier Bank,    P.O. Box 5524,   Sioux Falls, SD 57117-5524
5032067        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5032068        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5032069         Margaret E. Philbin,    401 Colburn Ave,   Clark Summit, PA  18411-1517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5032062        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2018 19:02:59      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5032066         E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 18:55:55      Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,   Philadelphia, PA  19101-7346
5032071        +E-mail/Text: bknotices@totalcardinc.com Mar 27 2018 18:56:04      Mid America Bank & Trust,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
5032072         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2018 18:56:00      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, PA 17128-0496
5032073         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 18:57:09
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
5032074         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 18:57:19
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
5032075         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2018 18:55:59
                 Quantum3 Group, LLC as agent for,    Comenity Bank,   P.O. Box 788,    Kirkland, WA 98083-0788
5032076         E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2018 18:56:27
                 Select Portfolio Servicing,    3217 Decker Lake Dr,   West Valley City, UT  84119-3284
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5032070*       +Mary Ellen Richardson,    1605 Roosevelt St.,    Dunmore, PA 18512-2226
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
               bkgroup@kmllawgroup.com
              Tullio  DeLuca   on behalf of Debtor 1 Mary Ellen Richardson tullio.deluca@verizon.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-00932 |
| MARY ELLEN RICHARDSON | : | |
| Debtor. | : | CHAPTER 13 |

*********************************************************************

| | |
|---|---|
| MARY ELLEN RICHARDSON | : |
| Movant, | : |
| vs. | : |
| DUNMORE BOROUGH REFUSE, PA | : |
| DEPARTMENT OF REVENUE, SELECT | : |
| PORTFOLIO SERVICING and | : |
| CHARLES J DEHART, III, ESQ. | : |
| Respondents. | : |

*********************************************************************
ORDER
*********************************************************************

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: March 27, 2018

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)