```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 18-00932-RNO
Mary Ellen Richardson                                                   Chapter 13
      Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRatchfor            Page 1 of 2                  Date Rcvd: Apr 11, 2018
                              Form ID: ntcnfhrg          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Mary Ellen Richardson,    1605 Roosevelt St.,   Dunmore, PA 18512-2226
5032057        +CFSI,   Real Estate Division,    245 N. Main St.,   Dickson City, PA 18519-1641
5032061       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:   Continental Finance,     P.O. Box 8099,   Newark, DE 19714-8099)
5032056        +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
5032058         Comenity Bank/Boscov's,    Bankruptcy Department,     P.O. Box 183043,   Columbus, OH 43218-3043
5032059         Comenity Bank/Fashion Bug,    Bankruptcy Department,    P.O. Box 182125,
                Columbus, OH 43218-2125
5032060         Comenity Bank/Roaman's,    Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
5032063        +Dunmore Borough Refuse,    400 S. Blakely St.,   Dunmore, PA 18512-2235
5032064       ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,    GLENDALE CA 91221-0963
                (address filed with court:   Fidelity Information Corp.,     P.O. Box 49938,
                Los Angeles, CA 90049)
5032065         First Premier Bank,    P.O. Box 5524,   Sioux Falls, SD 57117-5524
5032067        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                Philadelphia, PA 19106-1538
5032068        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5032069         Margaret E. Philbin,    401 Colburn Ave,   Clark Summit, PA  18411-1517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5032062        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 11 2018 19:13:00     CreditOne,
                P.O. Box 98873,   Las Vegas, NV 89193-8873
5032066         E-mail/Text: cio.bncmail@irs.gov Apr 11 2018 19:15:46     Internal Revenue Service,
                Special Procedures Branch,    PO Box 7346,   Philadelphia, PA  19101-7346
5032071        +E-mail/Text: bknotices@totalcardinc.com Apr 11 2018 19:16:05     Mid America Bank & Trust,
                5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
5032072         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 19:15:56     PA Dept. of Revenue,
                Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0496
5032073         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 19:12:58
                Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
5032074         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 19:13:10
                Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
5040371         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 19:15:56
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5032075         E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2018 19:15:53
                Quantum3 Group, LLC as agent for,    Comenity Bank,   P.O. Box 788,   Kirkland, WA 98083-0788
5032076         E-mail/Text: jennifer.chacon@spservicing.com Apr 11 2018 19:16:37
                Select Portfolio Servicing,    3217 Decker Lake Dr,   West Valley City, UT  84119-3284
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5032070*       +Mary Ellen Richardson,    1605 Roosevelt St.,   Dunmore, PA 18512-2226
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: PRatchfor            Page 2 of 2                 Date Rcvd: Apr 11, 2018
                               Form ID: ntcnfhrg          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bkgroup@kmllawgroup.com
          Tullio DeLuca   on behalf of Debtor 1 Mary Ellen Richardson tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                        TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mary Ellen Richardson
aka Mary Richardson, aka Mary E. Richardson, fdba The Rusty Nail
Debtor(s)

Chapter 13

Case No. 5:18−bk−00932−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PRatchford, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2018