IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| MARY ELLEN RICHARDSON | : | CHAPTER 13 |
| Debtor | : | |
| | : | CASE NO. 5:18-bk-00932-RNO |
| | : | |
| LBM SCRANTON, LLC | : | MOTION FOR RELIEF FROM |
| Movant | : | AUTOMATIC STAY |
| vs. | : | |
| | : | |
| MARY ELLEN RICHARDSON, and | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically filed the Motion of LBM Scranton, LLC for Relief from Stay with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following filing users at their respective registered email addresses: Tullio DeLuca, Esquire, and Charles J. DeHart, III, Esquire, Chapter 13 Trustee.

I hereby certify that I served the following non-CM/ECF participants true and correct copies of the Motion of LBM Scranton, LLC for Relief from Stay by USPS first class mail, postage prepaid, on August 16, 2018: Mary Ellen Richardson, 1605 Roosevelt Street, Dunmore, PA 18512.

By: */s/ Jonathan Olivetti, Esq.*

Jonathan Olivetti, Esq.

Attorney for LBM Scranton, LLC