```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00932-RNO
Mary Ellen Richardson                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1           Date Rcvd: Sep 07, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db              +Mary Ellen Richardson,    1605 Roosevelt St.,    Dunmore, PA 18512-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
               bkgroup@kmllawgroup.com
              Jonathan  Olivetti    on behalf of Interested Party   LBM Scranton LLC jeo@olivettilawfirm.com,
               jonathanolivetti@gmail.com
              Tullio  DeLuca    on behalf of Debtor 1 Mary Ellen Richardson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

In Re:

**MARY ELLEN RICHARDSON**

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-18-bk-00932 RNO |
| Document No.: | 34 |
| Nature of Proceeding: | Motion to Dismiss Case for Material Default |

## ORDER

After due consideration of the Chapter 13 Trustee's Motion to Dismiss Case for Material Default, filed to Docket No. 34, after hearing held on September 7, 2018, it is

ORDERED that Debtor must pay the arrears in the amount of $852.00 within fourteen (14) days of the date of this Order or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

September 7, 2018