IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARY ELLEN RICHARDSON, | : | |
| | : | DOCKET NO.: 5:18-bk-00932-RNO |
| DEBTORS | : | |
| | : | RELATED TO DOCKET NO. <u>48</u> |

CERTIFICATE OF SERVICE FOR NOTICE
OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Notice of Appearance, on the parties at the below addresses, on November 15, 2018, by:

**5:18-bk-00932-RNO Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Tullio DeLuca at tullio.deluca@verizon.net

Jonathan Olivetti at jeo@olivettilawfirm.com, jonathanolivetti@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**5:18-bk-00932-RNO Notice will not be electronically mailed to:**

EXECUTED ON: November 19, 2018

                                      Respectfully submitted by,

By:    /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.: 309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov