UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARY ELLEN RICHARDSON | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MARY ELLEN RICHARDSON | : | CASE NO. 1-18-bk-00932- RNO |
| Respondent | : | MOTION TO CONVERT |

ORDER

Upon consideration of the Trustee's Motion to Convert Case and it having been determined that this case should be converted, it is

IT IS HEREBY ORDERED that the above-named case of the Debtor be and is hereby converted to a case under Chapter 7.