```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                        Case No. 18-00932-RNO
Mary Ellen Richardson                                                         Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-5           User: PRatchfor              Page 1 of 2                   Date Rcvd: Apr 18, 2019
                               Form ID: nthrgreq            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Mary Ellen Richardson,    1605 Roosevelt St.,    Dunmore, PA 18512-2226
intp           +LBM Scranton LLC,    1323 Pine St,    Scranton, pa 18510,    UNITED STATES 18510-1828
5032057        +CFSI,   Real Estate Division,    245 N. Main St.,    Dickson City, PA 18519-1641
5032061       ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:  Continental Finance,     P.O. Box 8099,    Newark, DE 19714-8099)
5032063        +Dunmore Borough Refuse,    400 S. Blakely St.,    Dunmore, PA 18512-2235
5032064       ++FIDELITY INFORMATION CORPORATION,     PO BOX 3963,    GLENDALE CA 91221-0963
               (address filed with court:  Fidelity Information Corp.,      P.O. Box 49938,
                 Los Angeles, CA 90049)
5032065         First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5101714        +JONATHAN OLIVETTI, ESQ.,    201 FRANKLIN AVE., 3RD FL,     SCRANTON, PA 18503-1947
5032067        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,     701 Market St.,
                 Philadelphia, PA 19106-1538
5101713        +LBM SCRANTON, LLC,    1323 PINE STREET,    SCRANTON, PA 18510-1828
5032068        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5032069         Margaret E. Philbin,    401 Colburn Ave,    Clark Summit, PA  18411-1517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5032056        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 19:18:45      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5032058         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 19:08:50      Comenity Bank/Boscov's,
                 Bankruptcy Department,     P.O. Box 183043,    Columbus, OH 43218-3043
5032059         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 19:08:50      Comenity Bank/Fashion Bug,
                 Bankruptcy Department,     P.O. Box 182125,    Columbus, OH 43218-2125
5032060         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 19:08:50      Comenity Bank/Roaman's,
                 Bankruptcy Department,     P.O. Box 182125,    Columbus, OH 43218-2125
5032062        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 19:18:49      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5032066         E-mail/Text: cio.bncmail@irs.gov Apr 18 2019 19:08:44      Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,    Philadelphia, PA 19101-7346
5032071        +E-mail/Text: bknotices@totalcardinc.com Apr 18 2019 19:08:58      Mid America Bank & Trust,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
5032072         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 19:08:52       PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5032073         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 19:29:40
                 Portfolio Recovery Associates LLC,     120 Corporate Blvd,    Norfolk, VA 23502
5032074         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 19:18:58
                 Portfolio Recovery Associates, LLC,     P.O. Box 41067,    Norfolk, VA 23541
5054232         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 19:19:11
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
5040371         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 19:08:53
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5059629         E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 19:08:50
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,     PO Box 788,
                 Kirkland, WA  98083-0788
5052189         E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 19:08:51
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
5032075         E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 19:08:51
                 Quantum3 Group, LLC as agent for,    Comenity Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
5032076         E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2019 19:09:15
                 Select Portfolio Servicing,    3217 Decker Lake Dr,    West Valley City, UT  84119-3284
5062084         E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2019 19:09:15
                 Select Portfolio Servicing, Inc.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250
5057891         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2019 19:19:04      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5115478*      +LBM Scranton LLC,    1323 Pine St,    Scranton, PA 18510-1828
5032070*      +Mary Ellen Richardson,    1605 Roosevelt St.,    Dunmore, PA 18512-2226
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bkgroup@kmllawgroup.com
    Jonathan  Olivetti    on behalf of Interested Party   LBM Scranton LLC jeo@olivettilawfirm.com, jonathanolivetti@gmail.com
    Joseph J. Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
    Tullio  DeLuca    on behalf of Debtor 1 Mary Ellen Richardson tullio.deluca@verizon.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                TOTAL: 6

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Mary Ellen Richardson
aka Mary Richardson, aka Mary E. Richardson, fdba The Rusty Nail

**Debtor 1**

Chapter: 13

Case number: 5:18−bk−00932−RNO

Document Number: 55

Matter: Motion to Convert Case to Chapter 7 filed by the Chapter 13 Trustee

Charles J. DeHart, III Standing Chapter 13 Trustee
**Movant(s)**

vs.

Mary Ellen Richardson
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 8, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date:** 5/22/19  **Time:** 09:30 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 18, 2019 |

nthrgreq(02/19)