```
                     United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                   Case No. 18-00932-RNO
Mary Ellen Richardson                                    Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: PRatchfor       Page 1 of 2        Date Rcvd: May 20, 2019
                            Form ID: pdf010        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
```
db             +Mary Ellen Richardson,    1605 Roosevelt St.,   Dunmore, PA 18512-2226
intp           +LBM Scranton LLC,    1323 Pine St,   Scranton, pa  18510,   UNITED STATES 18510-1828
5032057        +CFSI,   Real Estate Division,    245 N. Main St.,   Dickson City, PA 18519-1641
5032061        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Continental Finance,    P.O. Box 8099,   Newark, DE 19714-8099)
5032063        +Dunmore Borough Refuse,    400 S. Blakely St.,   Dunmore, PA 18512-2235
5032064        ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,   GLENDALE CA 91221-0963
                (address filed with court: Fidelity Information Corp.,    P.O. Box 49938,
                Los Angeles, CA 90049)
5032065         First Premier Bank,    P.O. Box 5524,   Sioux Falls, SD 57117-5524
5101714        +JONATHAN OLIVETTI, ESQ.,    201 FRANKLIN AVE., 3RD FL,   SCRANTON, PA 18503-1947
5032067        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,   701 Market St.,
                Philadelphia, PA 19106-1538
5101713        +LBM SCRANTON, LLC,    1323 PINE STREET,   SCRANTON, PA 18510-1828
5032068        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,   Scranton, PA 18504-2005
5032069         Margaret E. Philbin,    401 Colburn Ave,   Clark Summit, PA  18411-1517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5032056        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2019 20:10:04    Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
5032058         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2019 18:53:51   Comenity Bank/Boscov's,
                Bankruptcy Department,   P.O. Box 183043,   Columbus, OH 43218-3043
5032059         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2019 18:53:51   Comenity Bank/Fashion Bug,
                Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
5032060         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2019 18:53:52   Comenity Bank/Roaman's,
                Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
5032062        +E-mail/PDF: creditonebknotifications@resurgent.com May 20 2019 20:12:53    CreditOne,
                P.O. Box 98873,   Las Vegas, NV 89193-8873
5032066         E-mail/Text: cio.bncmail@irs.gov May 20 2019 18:53:44    Internal Revenue Service,
                Special Procedures Branch,   PO Box 7346,   Philadelphia, PA  19101-7346
5032071        +E-mail/Text: bknotices@totalcardinc.com May 20 2019 18:54:05    Mid America Bank & Trust,
                5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
5032072         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2019 18:53:53   PA Dept. of Revenue,
                Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0496
5032073         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2019 20:11:53
                Portfolio Recovery Associates LLC,   120 Corporate Blvd,   Norfolk, VA 23502
5032074         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2019 20:12:42
                Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA 23541
5054232         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2019 20:13:12
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5040371         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2019 18:53:55
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5059629         E-mail/Text: bnc-quantum@quantum3group.com May 20 2019 18:53:52
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
5052189         E-mail/Text: bnc-quantum@quantum3group.com May 20 2019 18:53:52
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
5032075         E-mail/Text: bnc-quantum@quantum3group.com May 20 2019 18:53:53
                Quantum3 Group, LLC as agent for,   Comenity Bank,   P.O. Box 788,   Kirkland, WA  98083-0788
5032076         E-mail/Text: jennifer.chacon@spservicing.com May 20 2019 18:54:44
                Select Portfolio Servicing,   3217 Decker Lake Dr,   West Valley City, UT  84119-3284
5062084         E-mail/Text: jennifer.chacon@spservicing.com May 20 2019 18:54:44
                Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
5057891         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2019 20:13:12   Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                        TOTAL: 18
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5115478*       +LBM Scranton LLC,   1323 Pine St,   Scranton, PA 18510-1828
5032070*       +Mary Ellen Richardson,   1605 Roosevelt St.,   Dunmore, PA 18512-2226
                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
          Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
          bkgroup@kmllawgroup.com
          Jonathan  Olivetti   on behalf of Interested Party   LBM Scranton LLC jeo@olivettilawfirm.com,
          jonathanolivetti@gmail.com
          Joseph J. Swartz   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          Tullio  DeLuca   on behalf of Debtor 1 Mary Ellen Richardson tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MARY ELLEN RICHARDSON : CASE NO 5-18-00932
:
Debtor :

**********************************************************************
ORDER
**********************************************************************

Upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-captioned Bankruptcy case is

dismissed.


Dated: May 20, 2019                    By the Court,

                                       _____
                                       Robert N. Opel, II, Chief Bankruptcy Judge (RR)